**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 00-2049**

———————————————

VALERIE DARBE,

Plaintiff - Appellant,

versus

WILLIAM M. DALEY, as and in his capacity as
Secretary of Commerce,

Defendant - Appellee.

———————————————

**No. 00-2474**

———————————————

VALERIE DARBE,

Plaintiff - Appellant,

versus

NORMAN Y. MINETA, Secretary, United States De-
partment of Commerce,

Defendant - Appellee.

———————————————

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge; Albert V. Bryan, Jr., Senior District Judge. (CA-99-850-A,
CA-00-1162-A)

———————————————

Submitted:  May 31, 2001                    Decided:  June 6, 2001

Before WILKINS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Valerie Darbe, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Valerie Darbe appeals the district court's orders denying relief on her employment discrimination actions.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Darbe v. Daley, No. CA-99-850-A; Darbe v. Mineta, No. CA-00-1162-A (E.D. Va. June 9, 2000; July 19, 2000; Oct. 13, 2000). We deny Darbe's motion to supplement the record and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED